UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO.
17M-5084-JGD

UNITED STATES OF AMERICA

v.

FERNANDO HERNANDEZ

**MEMORANDUM AND ORDER OF DETENTION**

February 16, 2017

DEIN, M.J.

The defendant is charged in a criminal complaint with conspiracy to distribute heroin, fentanyl, cocaine, and other controlled substances, in violation of 21 U.S.C. §§ 841 and 846. An initial appearance was held on February 14, 2017, at which time the government moved for detention pursuant to 18 U.S.C. § 3142(f)(1)(C) and (f)(2)(A) on the grounds that the defendant is a danger to the community and poses a serious risk of flight. The defendant was represented by counsel.

A probable cause/detention hearing was held on February 16, 2017. Probable cause was found. After hearing the government's evidence, the defendant, who was represented by counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless whether there have been changed circumstances.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge